FILED
HARRISBURG, PA
SEP 10 2020
PER /s/
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM ECTON o/b/o  
CHRISTOPHER CLEMENT ECTON,  
        Plaintiff, : NO. 1:20-CV-00228-SES

-vs-

: (SCHWAB, C.M.J.)

ANDREW SAUL,  
Commissioner of Social Security,  
        Defendant.

## ORDER

AND NOW, this 10th day of September, 2020, upon consideration of Defendant's Unopposed Motion to Remand, and any response thereto, it is hereby ORDERED that Defendant's Motion is GRANTED, and this case is remanded to the Commissioner for further proceedings.

On remand, the Commissioner, through the Appeals Council, will refer Plaintiff's case to a different Administrative Law Judge who will: 1) conduct a de novo review and re-evaluate the medical opinions pursuant to 20 C.F.R. §§ 404.1527, 416.927; 2) offer Plaintiff an opportunity for a new hearing; and 3) take further action to complete the record and issue a new decision.

      This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g).

                BY THE COURT:

                */s/ S.E. Schwab*
                SUSAN E. SCHWAB
                CHIEF U.S. MAGISTRATE JUDGE